1  WILLIAM D. BROWN, ESQ., SBN 125468
2  BENJAMIN P. SYZ, ESQ., SBN 240768
3  BROWN & WINTERS
   120 Birmingham Drive, Suite 110
4  Cardiff-by-the-Sea, CA 92007
5  Telephone:  (760) 633-4485

6  Attorneys for Plaintiff
   COUNTY OF STANISLAUS
7
8  Lori A. Schweitzer, Esq., SBN 104882
   Scott M. Bloom, Esq., SBN 183891
9  BECHERER KANNETT & SCHWEITZER
10 1255 Powell Street
   Emeryville, California 94608
11 Telephone:  (510) 658-3600
12
13 Attorneys for Defendant
   THE TRAVELERS INDEMNITY COMPANY
14

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF STANISLAUS, ) | **CASE NO.:  1:14-CV-666-WBS-SMS** |
| ) | |
| Plaintiff. ) | |
| ) | **ORDER SETTING DATES FOR** |
| v. ) | **DISCLOSURE OF** |
| ) | **EXPERTS/PRODUCTION OF** |
| TRAVELERS INDEMNITY ) | **EXPERT REPORTS** |
| COMPANY; ) | |
| ) | |
| Defendant. ) | |

1

_____

**[PROPOSED] ORDER ON STIPULATION REGARDING DATES FOR DISCLOSURE OF
EXPERTS/PRODUCTION OF EXPERT REPORTS          1:14-00666-WBS-SMS**

Having read and considered the stipulation of plaintiff County of Stanislaus and defendant The Travelers Indemnity Company regarding the dates for disclosure of experts and production of expert reports, the Court hereby modifies its November 21, 2014 (Pretrial Scheduling) Order as follows:

The parties shall disclose experts and produce expert report in accordance with Federal Rule of Civil Procedure 26(a)(2) by no later than June 29, 2015 and, with regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before July 20, 2015, in accordance with applicable statutes, the Eastern District of California local rules, and any applicable standing orders of this Court.

IT IS SO ORDERED.

DATED:  4/13/2015            /s/ SANDRA M. SNYDER
                             UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON STIPULATION REGARDING DATES FOR DISCLOSURE OF EXPERTS/PRODUCTION OF EXPERT REPORTS            1:14-00666-WBS-SMS