WILLIAM D. BROWN, ESQ., SBN 125468
BENJAMIN P. SYZ, ESQ., SBN 240768
BROWN & WINTERS
120 Birmingham Drive, Suite 110
Cardiff-by-the-Sea, CA 92007
Telephone:  (760) 633-4485

Attorneys for Plaintiff
COUNTY OF STANISLAUS

Lori A. Schweitzer, Esq., SBN 104882
Scott M. Bloom, Esq., SBN 183891
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, California 94608
Telephone:  (510) 658-3600

Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF STANISLAUS, | CASE NO.:  1:14-cv-00666-WBS-SMS |
| Plaintiff. | |
| v. | ORDER SETTING DATE FOR COMPLETION OF DISCOVERY |
| TRAVELERS INDEMNITY COMPANY; | |
| Defendant. | |

1

_____
**[PROPOSED] ORDER ON STIPULATION REGARDING DATE FOR COMPLETION OF
 DISCOVERY                                                                                          1:14-00666-WBS-SMS**

1  Having read and considered the stipulation of plaintiff County of
2  Stanislaus and defendant The Travelers Indemnity Company regarding the
3  dates for disclosure of experts and production of expert reports, the Court
4  hereby modifies its November 21, 2014 (Pretrial Scheduling) Order as follows:
5  The parties shall have discovery completed by July 17, 2015, in
6  accordance with applicable statutes, the Eastern District of California local
7  rules, and any applicable standing orders of this Court.

IT IS SO ORDERED.

DATED:   5/8/2015          /s/ SANDRA M. SNYDER
                           UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER ON STIPULATION REGARDING DATE FOR COMPLETION OF DISCOVERY     1:14-00666-WBS-SMS