# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF STANISLAUS,<br><br>   Plaintiff,<br><br>   v.<br><br>TRAVELERS INDEMNITY COMPANY,<br><br>   Defendant. | CASE NO. 1:14-00666-WBS-SMS<br><br>ORDER SETTING DATES FOR DISCLOSURE OF EXPERTS/PRODUCTION OF EXPERT REPORTS |

Pursuant to the parties' stipulation regarding the dates for disclosure of experts and production of expert reports (Doc. 25), the Court hereby modifies the November 21, 2014 Status (Pretrial Scheduling) Order (Doc. 16) and the Order Setting Dates for Disclosure of Experts/Production of Expert Reports, dated April 13, 2015 (Doc. 18), as follows:

The parties shall disclose experts and produce expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before July 31, 2015 and, with regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and reports produced in accordance with Federal Rule of Civil Procedure 26(a)(2) on or before August 14, 2015, in accordance with applicable statutes, the Eastern District of California local rules, and any applicable standing orders of this Court.

This Order in no way amends the Status (Pretrial Scheduling) Order of November 21, 2014 with regard to section V., page 3, lines 6-13 –the Motion Hearing Schedule. All motions, including but not limited to any motions for summary judgment, MUST be filed on or before August 7, 2015. Authorization to amend this filing date only will be made by a request presented

1 | to, and in the discretion of, The Honorable William B. Shubb.

IT IS SO ORDERED.

Dated: __**June 25, 2015**__          _____**/s/ Sandra M. Snyder**
                                                              UNITED STATES MAGISTRATE JUDGE

2