**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF STANISLAUS, | ) **CASE NO.: 1:14-00666-WBS-SMS** |
| | ) |
| Plaintiff. | ) |
| | ) **ORDER SETTING TRIAL** |
| v. | ) **DATE/FINAL PRETRIAL** |
| | ) **CONFERENCE AND** |
| TRAVELERS INDEMNITY | ) **SETTLEMENT CONFERENCE** |
| COMPANY; | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

Having read and considered the stipulation of plaintiff County of Stanislaus and defendant The Travelers Indemnity Company regarding the trial date and the final pretrial conference, the Court hereby modifies it's the pretrial scheduling order as follows:

The Final Pretrial Conference is reset for  May 9, 2016 at 1:30 p.m.

The Jury Trial date is reset for July 12, 2016 at 9:00 a.m.


IT IS SO ORDERED.

Dated:  November 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1