# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

COUNTY OF STANISLAUS, )  **CASE NO.:  1:14-00666-WBS-SMS**
)
    Plaintiff. )
)  **ORDER SETTING TRIAL**
v. )  **DATE/FINAL PRETRIAL**
)  **CONFERENCE AND**
TRAVELERS INDEMNITY )  **SETTLEMENT CONFERENCE**
COMPANY; )
)
    Defendant. )
_____ )

    Having read and considered the stipulation of plaintiff County of Stanislaus and defendant The Travelers Indemnity Company regarding the trial date and the final pretrial conference/settlement conference, the Court hereby modifies it's the pretrial scheduling order as follows:

    The trial date is reset for **October 25, 2016 at 9:00 a.m.**

    The Final Pretrial Conference  is reset for **August 29, 2016 at 1:30 p.m.**

    IT IS SO ORDERED.

Dated:  April 29, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1