William D. Brown, Esq. SBN 125468
Benjamin P. Syz, Esq., SBN 240768
Janet Menacher, Esq., SBN 291365
BROWN & WINTERS
120 Birmingham Drive, Suite 110
Cardiff-by-the-Sea, CA 92007
Telephone:  (760) 633-4485

Attorneys for Plaintiff
COUNTY OF STANISLAUS

Lori A. Schweitzer, Esq., SBN 104882
Scott M. Bloom, Esq., SBN 183891
BECHERER KANNETT & SCHWEITZER
1255 Powell Street
Emeryville, California 94608
Telephone:  (510) 658-3600

Attorneys for Defendant
THE TRAVELERS INDEMNITY COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF STANISLAUS, | CASE NO.:  1:14-00666 –WBS-SAB |
| Plaintiff. | |
| v. | **JOINT STIPULATION** |
| TRAVELERS INDEMNITY COMPANY; | |
| Defendant. | |

1

Plaintiff County of Stanislaus ("County") and Defendant Travelers Indemnity Company ("Travelers"), collectively referred to as the "Parties", by and through their respective undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, a jury trial was scheduled for October 25, 2016;

WHEREAS, at the September 6, 2016 further pre-trial conference, the Parties agreed to stipulate to the waiver a jury for the first phase of trial as set forth below; and

WHEREAS, the Parties have agreed that the October 25, 2016 trial date will be a bench trial as set forth below.

IT IS HEREBY STIPULATED AND AGREED by the Parties, and subject to the Court's approval, that:

1. The bench trial shall determine whether the County's non-legal invoices, incurred after January 31, 2012 to April 22, 2016, submitted by the County to Travelers constitute defense costs under Insurance Company of Pacific Coast Policy No. PS 568 37 41 (10/13/72-10/13/75).

2. The Parties agree to waive the right to a jury on the issue described in Stipulation No. 1, above.

IT IS SO STIPULATED.

///
///
///

DATED: October 4, 2016     BROWN & WINTERS

By: /s/ William D. Brown
    William D. Brown
    Benjamin P. Syz
    Janet Menacher
    Attorneys for Plaintiff
    COUNTY OF STANISLAUS

DATED: October 4, 2016     BECHERER KANNETT & SCHWEITZER

By: /s/ Lori A. Schweitzer (authorized on 10/4/16)
    Lori A. Schweitzer
    Scott M. Bloom
    Attorneys for Defendant
    THE TRAVELERS INDEMNITY
    COMPANY

3
JOINT STIPULATION          1:14-00666 – WBS - SAB

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 4, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE