1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| COUNTY OF STANISLAUS, | CIV. NO. 1:14-00666 WBS SMS |
|---|---|
| Plaintiff, | |
| v. | |
| TRAVELERS INDEMNITY COMPANY; and DOES 1 through 50, inclusive, | |
| Defendant. | |

----oo0oo----

ORDER RESETTING STATUS CONFERENCE

     Pursuant to the parties' Joint Status Report filed November 17, 2016 (Docket No. 79), the status conference previously set for November 28, 2016 is hereby reset for Monday, February 27, 2017 at 1:30 p.m. in Courtroom 5.  No later than February 13, 2017, the parties shall meet and confer and submit a Joint Status Report.  The Joint Status Report shall set forth the status of the parties' dispute regarding non-legal invoices and

1

the mediation of the underlying environmental contamination action.  The Joint Status Report shall also set for the status of any other issues that the parties think need to be addressed at the February 27, 2017 status conference.

        IT IS SO ORDERED.

Dated:  November 18, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE