**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COUNTY OF STANISLAUS, | ) **CASE NO.: 1:14-00666-WBS-SMS** |
| Plaintiff. | ) |
| v. | ) **ORDER CONTINUING CASE** |
| | ) **MANAGEMENT CONFERENCE** |
| TRAVELERS INDEMNITY COMPANY; | ) |
| Defendant. | ) |

Having read and considered the stipulation of plaintiff County of Stanislaus and defendant Travelers Indemnity Company regarding the Case Management Conference currently scheduled for February 27, 2017, the Court hereby modifies its pretrial scheduling order as follows:

The Case Management Conference scheduled for February 27, 2017 is vacated.  The Case Management Conference is set for March 13, 2017 at 1:30 p.m.   A Joint CMC Statement must be filed on February 27, 2017.

IT IS SO ORDERED.

Dated:  January 27, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

**[PROPOSED] ORDER ON CASE MANAGEMENT CONFERENCE        1:14-00666-WBS-SMS**