# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF STANISLAUS,<br><br>Plaintiff.<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY;<br><br>Defendant. | CASE NO.: 1:14-00666 –WBS-SMS<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Having read and considered the stipulation of plaintiff County of Stanislaus and defendant Travelers Indemnity Company regarding the Status Conference scheduled for March 5, 2018 and the bench trial scheduled for March 20, 2018, the Court hereby modifies its pretrial scheduling order as follows:

The Status Conference scheduled for March 5, 2018 is vacated. The bench trial scheduled for March 20, 2018 is vacated. A Status Conference is scheduled for **April 9, 2018 at 1:30 p.m.** A Joint Status Report shall be filed no later than **March 26, 2018**.

///

///

1

**[PROPOSED] ORDER CONTINUING STATUS CONFERENCE**  1:14-00666 – WBS - SMS

1 IT IS SO ORDERED.

Dated: February 26, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE