UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COUNTY OF STANISLAUS,<br><br>        Plaintiff,<br><br>   v.<br><br>TRAVELERS INDEMNITY COMPANY; and DOES 1 through 50, inclusive,<br><br>        Defendant. | CIV. NO. 1:14-00666 WBS SMS<br><br>ORDER |

----oo0oo----

Pursuant to the discussion with the parties at the status conference held on April 9, 2018, a bench trial regarding whether certain nonlegal invoices are defense costs is set for January 15, 2019 at 9:00 a.m. in Courtroom 5. By June 8, 2018, the parties shall submit a joint status report setting forth any other issues they agree may be resolved at the January 15, 2019 bench trial, including whether the court may decide if any contamination was "sudden and accidental" under the terms of plaintiff's policy with defendant.

1

IT IS SO ORDERED.

Dated: April 9, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE