UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COUNTY OF STANISLAUS, | CIV. NO. 1:14-00666 WBS SMS |
| Plaintiff, | |
| v. | ORDER |
| TRAVELERS INDEMNITY COMPANY; and DOES 1 through 50, inclusive, | |
| Defendant. | |

----oo0oo----

The court previously set this case for a bench trial regarding whether certain nonlegal invoices are defense costs, with the bench trial scheduled for January 15, 2019.[1] (Docket No. 94.) In advance of the January 15, 2019 bench trial, the court hereby sets a status conference for January 2, 2019 at 1:30

---

[1] The court notes that it ordered the parties to set forth any other issues they agreed should addressed at the bench trial, including whether any contamination was "sudden and accidental" under the terms of plaintiff's policy with defendant, but the parties had not reached any agreement as of June 2018. (See Docket Nos. 94, 95.)

1

p.m. in Courtroom 5.  By December 20, 2018, the parties shall submit a joint status report setting forth the status of this case, including the status of settlement negotiations, the status of the underlying state court litigation, and any other issues the parties think should be discussed.

The joint status report shall also set forth how the parties agree the bench trial should proceed.  The court notes that the parties previously discussed presentation of invoices in "groups" during the bench trial.  Accordingly, the joint status report shall set forth a list of each group of invoices, discuss what each group consists of, and identify the invoices that belong to each group.

By December 20, 2018, the parties shall also file revised pretrial statements pursuant to Local Rule 281, including revised witness and exhibit lists and proposed findings of fact and conclusions of law for the bench trial on this phase of the case.

IT IS SO ORDERED.

Dated: December 7, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE